JASON LEVIN (State Bar No. 161807)
JENNIFER BONNEVILLE (State Bar No. 243686)
LISA L. GARCIA (State Bar No. 301362)
JANE W. KAUFMAN (State Bar No. 351252)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000
Telephone: 213-576-1000
Facsimile: 213-576-1100
Email: jason.levin@alston.com
jennifer.bonneville@alston.com
lisa.garcia@alston.com
jane.kaufman@alston.com

MEAGHAN G. BOYD (*Pro Hac Vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
Email: meaghan.boyd@alston.com

Attorneys for Defendant
MARTINEZ REFINING COMPANY LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MALAN, et al., | Case No. 4:23-cv-04184-HSG-LJC |
| Plaintiffs, | The Hon. Haywood S. Gilliam, Jr. |
| v. | The Hon. Lisa J. Cisneros |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING DISCOVERY STATUS CONFERENCE; CASE NOS. 4:23-cv-04184-HSG-LJC; 4:23-cv-06142-HSG-LJC; 24-cv-04506-HSG-LJC; 24-cv-08153-HSG-LJC; 4:24-cv-08241-HSG-LJC; 4:24-cv-08316-HSG-LJC; 4:25-cv-04511-HSG-LJC

LEGAL02/48064742v3

| | |
|---|---|
| ALENA CRUZ, et al., | Case No. 4:23-cv-06142-HSG-LJC |
| Plaintiffs, | The Hon. Haywood S. Gilliam, Jr.<br>The Hon. Lisa J. Cisneros |
| v. | |
| PBF ENERGY, INC., et al. | |
| Defendants. | |
| JENNIFER FRYE, et al., | Case No. 4:24-cv-04506-HSG-LJC |
| Plaintiffs, | The Hon. Haywood S. Gilliam, Jr.<br>The Hon. Lisa J. Cisneros |
| v. | |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |
| ALICE SALIBA, et al., | Case No. 4:24-cv-08153-HSG-LJC |
| Plaintiffs, | The Hon. Haywood S. Gilliam, Jr.<br>The Hon. Lisa J. Cisneros |
| v. | |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |
| ELIZABETH SILVESTRI, et al., | Case No. 4:24-cv-08241-HSG-LJC |
| Plaintiffs, | The Hon. Haywood S. Gilliam, Jr.<br>The Hon. Lisa J. Cisneros |
| v. | |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |

2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING DISCOVERY STATUS CONFERENCE; CASE NOS. 4:23-cv-04184-HSG-LJC; 4:23-cv-06142-HSG-LJC; 24-cv-04506-HSG-LJC; 24-cv-08153-HSG-LJC; 4:24-cv-08241-HSG-LJC; 4:24-cv-08316-HSG-LJC; 4:25-cv-04511-HSG-LJC

LEGAL02/48064742v3

| | |
|---|---|
| ROBERT MANNING, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>MARTINEZ REFINING COMPANY LLC,<br><br>      Defendant. | Case No. 4:24-cv-08316-HSG-LJC<br><br>The Hon. Haywood S. Gilliam, Jr.<br>The Hon. Lisa J. Cisneros |
| LAUREN CANNING, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>MARTINEZ REFINING COMPANY LLC,<br><br>      Defendant. | Case No. 4:25-cv-04511-HSG-LJC<br><br>The Hon. Haywood S. Gilliam, Jr.<br>The Hon. Lisa J. Cisneros |

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING DISCOVERY STATUS CONFERENCE

Pursuant to the Court's February 11, 2026 Order, the parties in the above-captioned actions met and conferred regarding their availability for a discovery status conference. The Parties hereby stipulate and respectfully inform the Court that their preferred date for the discovery status conference is **April 7, 2026, at 1:30 p.m**.

The Parties request that the Court schedule the discovery status conference for that date and time.

Dated: February 17, 2026

**BEVERIDGE & DIAMOND, P.C.**

*/s/ Katrina M. Krebs*
Jacob P. Duginski
Susan E. Smith
Megan R. Brillault
Katrina M. Krebs

*Attorneys for Defendant Martinez Refining Company LLC in the Frye, Saliba, Silvestri, Manning, and Canning Actions*

LEGAL02/48064742v3

Dated: February 17, 2026          **ALSTON & BIRD LLP**

*/s/ Lisa L. Garcia*
Jason Levin
Jennifer Bonneville
Lisa L. Garcia
Meaghan G. Boyd
Jane W. Kaufman

*Attorneys for Defendant Martinez Refining Company LLC in the Malan and Cruz Actions*

Dated: February 17, 2026          **LIDDLE SHEETS P.C.**

*/s/ Laura L. Sheets*
Matthew Z. Robb
Steven D. Little
Laura L. Sheets

**ARIAS SANGUINETTI WANG & TEAM LLP**

Mike M. Arias
Arnold C. Wang
M. Anthony Jenkins

*Attorneys for Plaintiff David Malan*

Dated: February 17, 2026          **COTCHETT, PITRE & MCCARTHY, LLP**

*/s/ Blair V. Kittle*
Blair V. Kittle
Joseph W. Cotchett
Anne Marie Murphy
Vasti S. Montiel

*Attorneys for Plaintiffs Alena Cruz and Shannon Payne*

Dated: February 17, 2026          **CUTTER LAW P.C.**

*/s/ Celine E. Cutter*
Jennifer S. Domer
C. Brooks Cutter
Celine E. Cutter

4

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING DISCOVERY STATUS CONFERENCE; CASE NOS. 4:23-cv-04184-HSG-LJC; 4:23-cv-06142-HSG-LJC; 24-cv-04506-HSG-LJC; 24-cv-08153-HSG-LJC; 4:24-cv-08241-HSG-LJC; 4:24-cv-08316-HSG-LJC; 4:25-cv-04511-HSG-LJC

LEGAL02/48064742v3

**TORK LAW**
Reza Tokzadeh
Scott King

*Attorneys for Plaintiffs in the Frye, Manning, Saliba, and Silvestri Actions*

Dated: February 17, 2026        **BISH LAW, APC**

*/s/ Mindy Bish*
Mindy Bish

*Attorney for Plaintiffs Lauren Canning and Beth DeLuca*

## ATTESTATION REGARDING SIGNATURES

I, Lisa L. Garcia, am the registered CM/ECF User whose ID and password are being used to file this document. Pursuant to Northern District of California Local Rule 5-1(i)(3), I hereby attest and certify that all other signatories listed on this document, on whose behalf this filing is submitted to the Court, concur in the filing's content and authorized the filing.

Dated: February 17, 2026        **ALSTON & BIRD LLP**

*/s/ Lisa L. Garcia*
Lisa L. Garcia

*Attorneys for Defendant Martinez Refining Company LLC in the Malan and Cruz Actions*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING DISCOVERY STATUS CONFERENCE; CASE NOS. 4:23-cv-04184-HSG-LJC; 4:23-cv-06142-HSG-LJC; 24-cv-04506-HSG-LJC; 24-cv-08153-HSG-LJC; 4:24-cv-08241-HSG-LJC; 4:24-cv-08316-HSG-LJC; 4:25-cv-04511-HSG-LJC

LEGAL02/48064742v3

**CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing, which was served on all counsel of record using the Court's CM/ECF system.

Dated: February 17, 2026            **ALSTON & BIRD LLP**

*/s/ Lisa L. Garcia*
Lisa L. Garcia

*Attorneys for Defendant Martinez Refining Company LLC in the Malan and Cruz Actions*

6

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING DISCOVERY STATUS CONFERENCE; CASE NOS. 4:23-cv-04184-HSG-LJC; 4:23-cv-06142-HSG-LJC; 24-cv-04506-HSG-LJC; 24-cv-08153-HSG-LJC; 4:24-cv-08241-HSG-LJC; 4:24-cv-08316-HSG-LJC; 4:25-cv-04511-HSG-LJC

LEGAL02/48064742v3

**[PROPOSED] ORDER  AS MODIFIED**

Pursuant to the Parties' Joint Stipulation Regarding Scheduling Discovery Status Conference, the Court hereby ORDERS as follows:

A discovery status conference in this matter shall be held on April 7, 2026 at ~~1:30 pm.~~  **3:30pm via Zoom webinar.**

**IT IS SO ORDERED.**

Dated:   March 6, 2026

_____
UNITED STATES MAGISTRATE JUDGE
LISA J. CISNEROS

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING DISCOVERY STATUS CONFERENCE; CASE NOS. 4:23-cv-04184-HSG-LJC; 4:23-cv-06142-HSG-LJC; 24-cv-04506-HSG-LJC; 24-cv-08153-HSG-LJC; 4:24-cv-08241-HSG-LJC; 4:24-cv-08316-HSG-LJC; 4:25-cv-04511-HSG-LJC

LEGAL02/48064742v3